# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:26-mj-32 |
| JOHN DEAN DAGHITA | ) | **UNDER SEAL** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/2025 through the present_____ in the city/county of _____Prince William_____ in the _____Eastern_____ District of _____Virginia_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

*Jordan Jenkins*
*Complainant's signature*

AUSA Katherine Rumbaugh
*Printed name and title*

FBI Special Agent Jordan A. Jenkins
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means)*.

Date: 01/30/2026

*William E. Fitzpatrick*
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*