## Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☐ Under Seal

**Judge Assigned:** RDA

| | | |
|---|---|---|
| City: | Arlington, Virginia | Superseding Indictment: | | **Criminal No.** | 1:26-CR-63 |

| | |
|---|---|
| County: | | Same Defendant: | | New Defendant: | |

Magistrate Judge Case No. 1:26-MJ-32   **Arraignment Date:**

Search Warrant Case No.   R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** DAGHITA, John Dean    Alias(es): Lick    ☐ Juvenile  FBI No. xxxxx1VD9

**Address:** Mexico

**Employment:**

**Birth Date:** 2004   **SSN:** 2846   **Sex:** Male   **Race:** Caucasian   **Nationality:** USA

**Place of Birth:** USA   Height: 5'9"   Weight: 140   Hair: Black   Eyes: Blue   Scars/Tattoos:

☐ **Interpreter   Language/Dialect:** English   Auto Description:

**Location/Status:**

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

**Name:** Justin Weitz   ☐ Court Appointed   **Counsel Conflicts:**

Address: 1111 Pennsylvania Ave. NW, Wash. DC 20004   ☒ Retained

Phone: (202) 739-5932   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Katherine E. Rumbaugh, Jack A. Morgan   **Phone:** (703) 299-3700   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Jordan Jenkins, Federal Bureau of Investigation, 601 4th Street NW, Washington DC 20535; (571) 456-8063

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 1343 & 2 | Wire Fraud | 1-4 | Felony |
| Set 2: | 18 USC 641 & 2 | Theft of Public Money | 5 | Felony |
| **Date:** | 3/26/2026 | **AUSA Signature:** /s/ Katherine Rumbaugh | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** [               ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1956(a)(1) & 2 | Money Laundering | 6-9 | Felony |
| Set 4: | 18 USC 1957 & 2 | Unlawful Monetary Transactions | 10-15 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |