**Date:** 11/9/26 **Case:** 1:26-cr-63 **Time:** 2:03-2:09 p.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500** **Court Reporter:**

**Hearing:** R5

**Eastern District of Virginia**
**Alexandria Division**
**United States of America**
**v.**
John Daghita

**Participants**
**USA**: Jack Morgan

**Defense Counsel**: Justin Weitz

**Court to appoint counsel**: **Interpreter**: ☐Conflict

**Language**:

☐Defendant did not appear ☐Warrant to be issued upon probable cause statement
☐Government motion to continue hearing – GRANTED

**Advisement**

x-Rule 5 **x-Due Process Order read/signed**

**Dismissal**

☐Case dismissed with prejudice ☐Case dismissed without prejudice

**Plea**

☐ Consent to trial before a USMJ (orally)
Plea of Guilty to Count(s):

Plea entered, Court accepts plea
☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**

Matter set for bench trial:
☐Motions due :
Govt adduced evidence and rests
☐Not Guilty of Count(s):
☐Dismissal of Count(s):
Sentence:

☐Matter set for jury trial:
☐Responses due:
Trial held and completed
Guilty of Count(s):
Deft advised of appeal rights

**Future Proceedings**

**Notes:** USA seeks detention; Deft does not contest detention at this time. Deft remanded to USMS w/o Bond pending trial.