1191837D

AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2026 MAR 27 16:53
UNITED STATES MARSHAL

2026 NOV -9 P 1:50

United States of America
v.
JOHN DEAN DAGHITA
a.k.a "Lick"

*Defendant*

Case No. 1:26-CR-63 RDA

## ARREST WARRANT

To: Any authorized law enforcement officer

2026 MAR 27 16:53
UNITED STATES MARSHAL

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOHN DEAN DAGHITA a.k.a "Lick",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud in violation of Title 18, United States Code, §§ 1343 and 2; Theft of Public Money in violation of Title 18, United States Code, §§ 641 and 2; Money Laundering in violation of Title 18, United States Code, §§ 1956(a)(1) and 2; and Unlawful Monetary Transactions in violation of Title 18, United States Code, §§ 1957 and 2.

Date: 3/27/2026

Dai Zi
*Issuing officer's signature*

City and state: Alexandria, Virginia

Dani Zirk, Courtroom Deputy
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/27/26, and the person was arrested on *(date)* 11/9/26
at *(city and state)* Alexandria, VA.

Date: 11/9/26

A. Deem
*Arresting officer's signature*

Arielle Deem, DUSM
*Printed name and title*